## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

JOEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE

MITCHELL H. COHEN COURTHOUSE
1 John F. Gerry Plaza, Room 2060
CAMDEN, NJ 08101-0887
(856) 757-5446

**ELECTRONICALLY FILED**
August 11, 2008

William C. O'Brien, Esquire
6 Kings Highway East
Haddonfield, New Jersey 08033

Mark M. Cieslewicz, Esquire
Office of the City Attorney
City Hall
4th Floor - Suite 419
PO Box 915120
Camden, NJ 08101

Cheryl L. Cooper, Esquire
Holston, Macdonald, Uzdavinis
& Ziegler, PC
66 Euclid Street
PO Box 358
Woodbury, NJ 08096

Charles F. Blumenstein, II, Esquire
Green, Lundgren & Ryan
A Professional Corporation
1010 Kings Highway South
Building Two
Cherry Hill, NJ 08034

Ralph Raymond Kramer, Esquire
605 White Horse Pike
Haddon Heights, NJ 08035

Re: **Bartlebaugh v. City of Camden, et al.**
**Civil No. 05-121 (RMB)**

Dear Counsel:

I ask that you make some revisions to the latest draft of the Joint Final Pretrial Order. [Doc. No. 112].  Defendant Feliciano should re-examine his objections listed on p. 14.  It appears that plaintiff did not list any expert witnesses and Dr. Abrams is not a listed witness.  Defendant Feliciano also must summarize the trial testimony of its witnesses and not merely indicate that the testimony will be consistent with deposition testimony.  Summaries also need to be provided for the records custodians (g, h and i) and a specific physician/nurse must be identified from Virtua with a summary of the proposed testimony.  As to P-3, plaintiff shall produce her sketch to defendants at least two (2) weeks before the scheduled trial date.

The revised pretrial order shall be served no later than August 22, 2008.

August 11, 2008
Page 2

        Very truly yours,

       *s/ Joel Schneider*

        JOEL SCHNEIDER
        United States Magistrate Judge

JS:jk
cc:  Hon. Renée Marie Bumb