**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JOEL SCHNEIDER**<br>UNITED STATES MAGISTRATE JUDGE | MITCHELL H. COHEN COURTHOUSE<br>1 John F. Gerry Plaza, Room 2060<br>CAMDEN, NJ 08101-0887<br>(856) 757-5446 |

**ELECTRONICALLY FILED**
August 21, 2008

William C. O'Brien, Esquire
6 Kings Highway East
Haddonfield, New Jersey 08033

Cheryl L. Cooper, Esquire
Holston, Macdonald, Uzdavinis
& Ziegler, PC
66 Euclid Street
PO Box 358
Woodbury, NJ 08096

Charles F. Blumenstein, II, Esquire
Green, Lundgren & Ryan
A Professional Corporation
1010 Kings Highway South
Building Two
Cherry Hill, NJ 08034

Ralph Raymond Kramer, Esquire
605 White Horse Pike
Haddon Heights, NJ 08035

Re: **Bartlebaugh v. City of Camden, et al.**
    **Civil No. 05-121 (JBS)**

Dear Counsel:

By September 4, 2008, I ask all defense counsel to serve the Court with their signed signature page to the Joint Final Pretrial Order.

Very truly yours,

*s/ Joel Schneider*

JOEL SCHNEIDER
United States Magistrate Judge

JS:jk
cc: Hon. Jerome B. Simandle