AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

TINA M. BARTLEBAUGH

Plaintiff(s)

V.

CITY OF CAMDEN, ET AL

Defendant(s)

**JUDGMENT IN A CIVIL CASE**

Case Number: 05CV121(RMB)

X **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard a decision has been rendered.

IT IS ORDERED AND ADJUDGED that a **JUDGMENT OF NO CAUSE FOR ACTION** be entered in favor of defendants Sergeant Michael Comuso and Lieutenant James Phillips and against plaintiff Tina M. Bartlebaugh.

October 9, 2008

Date

HONORABLE RENEE MARIE BUMB
UNITED STATES DISTRICT JUDGE